# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| **Kenneth E McKeel** | : Case No.: 19-20673 |
| | : Chapter 13 |
| **Debtor(s).** | : Judge Jeffery A. Deller |
| | : * * * * * * * * * * * * * * * * * * * * * * * |
| | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for PNC Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-016006_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Kenneth E McKeel** | : | **Case No.: 19-20673** |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Jeffery A. Deller** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 2, 2019.

Service by ECF:
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

Daniel R. White, Attorney for Kenneth E McKeel, 18 Mill Street Square, P.O. Box 2123, Uniontown, PA 15401, dwhite@zeblaw.com

Service by First-Class Mail:
Kenneth E McKeel and Cindy S Mckeel, 228 Dewitt Avenue, Connellsville, PA 15425

Kenneth E McKeel and Cindy S Mckeel, 228 Dewitt Ave, Connellsville, PA 15425

EXECUTED ON: May 2, 2019

        By: /s/ Karina Velter
        Signature
        Karina Velter, Esquire
        Typed Name
        P.O. Box 165028, Columbus, OH 43216-5028
        Address
        614-220-5611
        Phone No.
        94781
        List Bar I.D. and State of Admission

19-016006_PS