FILED
11/12/19 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | KENNETH E. MCKEEL |
| **Case Number:** | 19-20673-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 07, 2019 02:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### Matter:

#2 - Continued Confirmation of Plan Dated 2/21/2019 (NFC)
R / M #:  2 / 0

### Appearances:

Guthie

Debtor:
Trustee:  Winnecour / (Pail) / Katz / DeSimone

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __✗__ Plan/Motion continued to 9/67/20 at 11:30.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: