# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

- **Debtor:** KENNETH E. MCKEEL
- **Case Number:** 19-20673-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 27, 2020 11:30 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

*Matter:*

#25 - Continued Confirmation of Amended Plan Dated 12/11/2019 (NFC)
R / M #: 25 / 0

*Appearances:*

Debtor: *While*
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

FILED
2/28/20 10:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 5/21/20 at 11:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

2/19/2020   4:09:00PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 19-20673-JAD
Kenneth E. McKeel                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 2              Date Rcvd: Feb 28, 2020
                              Form ID: pdf900         Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
```
db              +Kenneth E. McKeel,    228 Dewitt Avenue,    Connellsville, PA 15425-2325
14999123        +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                  Uniontown, PA 15401-3514
14999126        +KML Law Group,    Suite 5000--BNY Mellon Independence Ctr.,    701 Market Street,
                  Philadelphia, PA 19106-1538
14999125         Kay Jewelers,   Genesis FS Card Services,    P.O. Box 4485,    Beaverton, OR 97076-4485
14999127        +Lendmark Financial Services,    55 Sugar Run Road--Suite 109,    Waynesburg, PA 15370-9644
14999129        +Mariner Finance,    5142 State Route 30--Suite 102,    Greensburg, PA 15601-7864
15057269        +Mariner Finance, LLC,    8211 Town Center Dr.,    Nottingham, MD 21236-5904
14999133         PNC Bank,   P.O. Box 1820,    Dayton, OH 45401-1820
15047253        +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland OH 44101-4982
14999135         Sears Mastercard,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
14999124        +Sheryl R. Heid, Esq.,    4 North Beeson Boulevard,    Uniontown, PA 15401-3438
14999136        +Tsarouhis Law Group,    21 South 9th Street--Suite 200,    Allentown, PA 18102-4861
14999137        +United Collection Bureau, Inc.,    5620 Southwyck Boulevard--Suite 206,    Toledo, OH 43614-1501
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:17:18
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15025646         E-mail/Text: DocumentFiling@lciinc.com Feb 29 2020 03:08:27       13/7, LLC,    PO BOX 1931,
                  Burlingame, CA 94011
14999121         E-mail/Text: bankruptcy@cavps.com Feb 29 2020 03:11:02      Cavalry Portfolio Services,
                  P.O. Box 27288,    Tempe, AZ 85285-7288
15021698        +E-mail/Text: bankruptcy@cavps.com Feb 29 2020 03:11:03       Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14999122         E-mail/PDF: creditonebknotifications@resurgent.com Feb 29 2020 03:17:16       Credit One Bank,
                  P.O. Box 98873,    Las Vegas, NV 89193-8873
14999128        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:16:36       LVNV Funding, LLC,
                  P.O. Box 1269,    Greenville, SC 29602-1269
15002446         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:16:36       LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15009321         E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 29 2020 03:17:50       MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14999130         E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 29 2020 03:17:01       Merrick Bank,
                  P.O. Box 9201,    Old Bethpage, NY 11804-9001
14999131        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 29 2020 03:10:20       Midland Funding,
                  2365 Northside Drive--Suite 300,    San Diego, CA 92108-2709
15025422        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 29 2020 03:10:20       Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
14999132         E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 03:17:54       Old Navy/Synchrony Bank,
                  Attn: Bankruptcy Department,    P.O. Box 965003,    Orlando, FL 32896-5003
15044960         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:17:19
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14999134         E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 03:17:53       Sam's Club/Synchrony Bank,
                  Attention: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
15045559         E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 03:17:05       Synchrony Bank,
                  Attn: Bankruptcy Department,    PO Box 530912,    Atlanta, GA 30353-0912
15000666        +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 03:17:54       Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15041021         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 29 2020 03:16:48       Verizon,
                  by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
14999138        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 29 2020 03:08:22
                  Verizon Wireless Bankruptcy Admin.,    500 Technology Drive--Suite 500,
                  Weldon Springs, MO 63304-2225
14999139         E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 03:16:13       Walmart MasterCard/Synchrony Bank,
                  Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
14999140         E-mail/Text: bankrupt-adjdept@wesbanco.com Feb 29 2020 03:11:07       WesBanco Bank,
                  Bankruptcy Department,    One Bank Plaza,    Wheeling, WV 26003-3565
14999141        +E-mail/Text: bankruptcy@firstenergycorp.com Feb 29 2020 03:10:33       West Penn Power,
                  1310 Fairmont Avenue,    Fairmont, WV 26554-3526
15014555        +E-mail/Text: bankruptcy@firstenergycorp.com Feb 29 2020 03:10:33       West Penn Power,
                  5001 NASA Blvd,    Fairmont WV 26554-8248
14999142         E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 03:17:54       Yamaha/Synchrony Bank,
                  Attn: Bankruptcy Department,    P.O. Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 23
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          PNC BANK NATIONAL  ASSOCIATION

```
District/off: 0315-2          User: msch                    Page 2 of 2                Date Rcvd: Feb 28, 2020
                              Form ID: pdf900               Total Noticed: 36
```

```
15047255*       +PNC Bank, N.A.,   P.O. Box 94982,   Cleveland, OH 44101-4982
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:
```
              Daniel R. White    on behalf of Debtor Kenneth E. McKeel zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James  Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```