UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  KENNETH E MCKEEL | CASE NO: 19-20673 JAD<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 40 & 41<br>Hearing Date: January 14, 2021<br>Hearing Time: 1:00 p.m. |

On 11/20/2020, I did cause a copy of the following documents, described below,

Notice of Proposed Modification to Confirmed Plan, Amended Chapter 13 Plan Dated November 20, 2020, and the Court's November 20, 2020, Order upon Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail and upon all creditors listed on the attached mailing matrix        ECF Docket Reference No. 40 & 41

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/20/2020

/s/ Daniel R. White
Daniel R. White  78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KENNETH E MCKEEL | CASE NO: 19-20673 JAD |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13
ECF Docket Reference No. 40 & 41
Hearing Date: January 14, 2021
Hearing Time: 1:00 p.m. |

On 11/20/2020, a copy of the following documents, described below,

Notice of Proposed Modification to Confirmed Plan, Amended Chapter 13 Plan Dated November 20, 2020, and the Court's November 20, 2020, Order upon Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail and upon all creditors listed on the attached mailing matrix              ECF Docket Reference No. 40 & 41

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/20/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE BEEN SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | 137 LLC | CAVALRY PORTFOLIO SERVICES LLC |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03152<br>CASE 19-20673-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>PITTSBURGH<br>FRI NOV 20 13-54-23 EST 2020 | PO BOX 1931<br>BURLINGAME CA 94011-1931 | 500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2322 |
| CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-2321 | CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | FAYETTE COUNTY TAX CLAIM BUREAU<br>FAYETTE COUNTY COURTHOUSE<br>61 EAST MAIN STREET<br>UNIONTOWN PA 15401-3514 |
| KML LAW GROUP<br>SUITE 5000BNY MELLON INDEPENDENCE CTR<br>701 MARKET STREET<br>PHILADELPHIA PA 19106-1541 | KAY JEWELERS<br>GENESIS FS CARD SERVICES<br>PO BOX 4485<br>BEAVERTON OR 97076-4485 | LVNV FUNDING LLC<br>PO BOX 1269<br>GREENVILLE SC 29602-1269 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LENDMARK FINANCIAL SERVICES<br>55 SUGAR RUN ROADSUITE 109<br>WAYNESBURG PA 15370-9644 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 |
| MARINER FINANCE<br>5142 STATE ROUTE 30SUITE 102<br>GREENSBURG PA 15601-7864 | MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM MD 21236-5904 | DEBTOR<br>KENNETH E MCKEEL<br>228 DEWITT AVENUE<br>CONNELLSVILLE PA 15425-2325 |
| MERRICK BANK<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | MIDLAND FUNDING<br>2365 NORTHSIDE DRIVESUITE 300<br>SAN DIEGO CA 92108-2709 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 |
| BRIAN NICHOLAS<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | OLD NAVYSYNCHRONY BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 965003<br>ORLANDO FL 32896-5003 |
| PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 |
| PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SAMS CLUBSYNCHRONY BANK<br>ATTENTION BANKRUPTCY DEPARTMENT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE BEEN SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SEARS MASTERCARD
PO BOX 6282
SIOUX FALLS SD 57117-6282

SHERYL R HEID ESQ
4 NORTH BEESON BOULEVARD
UNIONTOWN PA 15401-3438

SYNCHRONY BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 530912
ATLANTA GA 30353-0912

SYNCHRONY BANK
CO OF PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

TSAROUHIS LAW GROUP
21 SOUTH 9TH STREETSUITE 200
ALLENTOWN PA 18102-4861

UNITED COLLECTION BUREAU INC
5620 SOUTHWYCK BOULEVARDSUITE 206
TOLEDO OH 43614-1501

KARINA VELTER
MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS OH 43216-5028

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457

VERIZON WIRELESS BANKRUPTCY ADMIN
500 TECHNOLOGY DRIVESUITE 500
WELDON SPRINGS MO 63304-2225

WALMART MASTERCARDSYNCHRONY BANK
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

WESBANCO BANK
BANKRUPTCY DEPARTMENT
ONE BANK PLAZA
WHEELING WV 26003-3565

WEST PENN POWER
1310 FAIRMONT AVENUE
FAIRMONT WV 26554-3526

WEST PENN POWER
5001 NASA BLVD
FAIRMONT WV 26554-8248

~~EXCLUDE~~
~~DANIEL R WHITE~~
~~ZEBLEY MEHALOV  WHITE PC~~
~~18 MILL STREET SQUARE~~
~~PO BOX 2123~~
~~UNIONTOWN PA 15401-1723~~

~~EXCLUDE~~
~~RONDA J WINNECOUR~~
~~SUITE 3250 USX TOWER~~
~~600 GRANT STREET~~
~~PITTSBURGH PA 15219-2702~~

YAMAHASYNCHRONY BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 965064
ORLANDO FL 32896-5064