FILED
4/29/21 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 19-20673-JAD** |
| **Kenneth E. McKeel** | ) | |
| | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | **Related to ECF Nos. 50, 47, 40** |
| _____X | | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐   a motion to dismiss case or certificate of default requesting dismissal

☒   a plan modification sought by:   the Trustee_____

☐   a motion to lift stay
    as to creditor   _____

☐   Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated November 20, 2020_____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐   Debtor(s) Plan payments shall be changed from $ _____ to
    $ _____ per _____, effective _____; and/or the Plan
    term shall be changed from ___ months to ____ months.                                        .

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: <u>Fayette County TCB (Claim #1) shall govern as secured.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this <u>29th</u> day of <u>April</u>, 2021

_____
Jeffery A. Deller
United States Bankruptcy Judge

Dated: <u>April 29, 2021</u>

Stipulated by:

/s/ Daniel R. White
Daniel R. White, Esquire
PA I.D. #78718
Counsel to Debtor
Zebley Mehalov & White, P.C.
18 Mill Street Square
PO Box 2123
Uniontown, PA  15401
724-439-9200
dwhite@zeblaw.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone, Esquire
PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
Suite 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                           Case No. 19-20673-JAD
Kenneth E. McKeel                                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                 User: msch                          Page 1 of 3
Date Rcvd: Apr 29, 2021          Form ID: pdf900                   Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth E. McKeel, 228 Dewitt Avenue, Connellsville, PA 15425-2325 |
| 14999123 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14999126 | + | KML Law Group, Suite 5000--BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14999125 | | Kay Jewelers, Genesis FS Card Services, P.O. Box 4485, Beaverton, OR 97076-4485 |
| 14999127 | + | Lendmark Financial Services, 55 Sugar Run Road--Suite 109, Waynesburg, PA 15370-9644 |
| 14999129 | + | Mariner Finance, 5142 State Route 30--Suite 102, Greensburg, PA 15601-7864 |
| 15057269 | + | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14999124 | + | Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 14999136 | + | Tsarouhis Law Group, 21 South 9th Street--Suite 200, Allentown, PA 18102-4861 |
| 14999137 | + | United Collection Bureau, Inc., 5620 Southwyck Boulevard--Suite 206, Toledo, OH 43614-1501 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 30 2021 01:47:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15025646 | + | Email/Text: documentfiling@lciinc.com | Apr 30 2021 02:08:00 | 13/7, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14999121 | | Email/Text: bankruptcy@cavps.com | Apr 30 2021 02:09:00 | Cavalry Portfolio Services, P.O. Box 27288, Tempe, AZ 85285-7288 |
| 15021698 | + | Email/Text: bankruptcy@cavps.com | Apr 30 2021 02:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14999122 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 30 2021 01:46:03 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15002446 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2021 01:46:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14999128 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2021 01:46:05 | LVNV Funding, LLC, P.O. Box 1269, Greenville, SC 29602-1269 |
| 15009321 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 30 2021 01:49:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14999130 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 30 2021 01:47:56 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14999131 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 30 2021 02:09:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2709 |
| 15025422 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 30 2021 02:09:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14999132 | | Email/PDF: gecsedi@recoverycorp.com | Apr 30 2021 01:46:02 | Old Navy/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965003, Orlando, FL |

Case 19-20673-JAD    Doc 52    Filed 05/01/21    Entered 05/02/21 00:33:18    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: msch | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2021 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32896-5003 |
| 14999133 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 30 2021 02:08:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401-1820 |
| 15047253 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 30 2021 02:08:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland OH 44101 |
| 15044960 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 30 2021 01:46:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14999134 | | Email/PDF: gecsedi@recoverycorp.com | Apr 30 2021 01:46:02 | Sam's Club/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14999135 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 30 2021 01:46:08 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 15045559 | | Email/PDF: gecsedi@recoverycorp.com | Apr 30 2021 01:49:45 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 530912, Atlanta, GA 30353-0912 |
| 15000666 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 30 2021 01:49:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15041021 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 30 2021 01:48:01 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14999138 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 30 2021 02:08:00 | Verizon Wireless Bankruptcy Admin., 500 Technology Drive--Suite 500, Weldon Springs, MO 63304-2225 |
| 14999139 | | Email/PDF: gecsedi@recoverycorp.com | Apr 30 2021 01:49:45 | Walmart MasterCard/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14999140 | | Email/Text: bankrupt-adjdept@wesbanco.com | Apr 30 2021 02:09:00 | WesBanco Bank, Bankruptcy Department, One Bank Plaza, Wheeling, WV 26003-3565 |
| 15014555 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 30 2021 02:09:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14999141 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 30 2021 02:09:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14999142 | | Email/PDF: gecsedi@recoverycorp.com | Apr 30 2021 01:46:02 | Yamaha/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965064, Orlando, FL 32896-5064 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| 15047255 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: msch | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2021 | Form ID: pdf900 | Total Noticed: 36 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Kenneth E. McKeel sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |

TOTAL: 5