UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>KENNETH E MCKEEL | CASE NO: 19-20673 JAD<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 53<br>Hearing Date: July 15, 2021<br>Hearing Time: 2:00 p.m. |

On 6/11/2021, I did cause a copy of the following documents, described below,

Notice of Modification to Confirmed Plan With ZOOM Confirmation Hearing Date of July 15, 2021, and Amended Chapter 13 Plan Dated June 9, 2021, upon the Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail and upon all creditors listed on the attached mailing matrix           ECF Docket Reference No. 53

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/11/2021

/s/ Daniel R. White
Daniel R. White  78718

Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>KENNETH E MCKEEL | CASE NO: 19-20673 JAD<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 53<br>Hearing Date: July 15, 2021<br>Hearing Time: 2:00 p.m. |

On 6/11/2021, a copy of the following documents, described below,

Notice of Modification to Confirmed Plan With ZOOM Confirmation Hearing Date of July 15, 2021, and Amended Chapter 13 Plan Dated June 9, 2021, upon the Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail and upon all creditors listed on the attached mailing matrix         ECF Docket Reference No. 53

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/11/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03152<br>CASE 19-20673-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>PITTSBURGH<br>FRI JUN 11 11-28-48 EDT 2021 | 137 LLC<br>PO BOX 1931<br>BURLINGAME CA 94011-1931 | CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2322 |
| CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-2321 | CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | FAYETTE COUNTY TAX CLAIM BUREAU<br>FAYETTE COUNTY COURTHOUSE<br>61 EAST MAIN STREET<br>UNIONTOWN PA 15401-3514 |
| STEPHEN RUSSELL FRANKS<br>MANLEY DEAS KOCHALSKI LLC<br>PO BOX 165028<br>COLUMBUS OH 43216-5028 | KML LAW GROUP<br>SUITE 5000BNY MELLON INDEPENDENCE CTR<br>701 MARKET STREET<br>PHILADELPHIA PA 19106-1541 | KAY JEWELERS<br>GENESIS FS CARD SERVICES<br>PO BOX 4485<br>BEAVERTON OR 97076-4485 |
| LVNV FUNDING LLC<br>PO BOX 1269<br>GREENVILLE SC 29602-1269 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LENDMARK FINANCIAL SERVICES<br>55 SUGAR RUN ROADSUITE 109<br>WAYNESBURG PA 15370-9644 |
| MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | MARINER FINANCE<br>5142 STATE ROUTE 30SUITE 102<br>GREENSBURG PA 15601-7864 | MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM MD 21236-5904 |
| DEBTOR<br>KENNETH E MCKEEL<br>228 DEWITT AVENUE<br>CONNELLSVILLE PA 15425-2325 | MERRICK BANK<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | MIDLAND FUNDING<br>2365 NORTHSIDE DRIVESUITE 300<br>SAN DIEGO CA 92108-2709 |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 | BRIAN NICHOLAS<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 |
| OLD NAVYSYNCHRONY BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 965003<br>ORLANDO FL 32896-5003 | PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 | PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


SAMS CLUBSYNCHRONY BANK              SEARS MASTERCARD                         SHERYL R HEID ESQ
ATTENTION BANKRUPTCY DEPARTMENT      PO BOX 6282                              4 NORTH BEESON BOULEVARD
PO BOX 965060                        SIOUX FALLS SD 57117-6282                UNIONTOWN PA 15401-3438
ORLANDO FL 32896-5060




SYNCHRONY BANK                       SYNCHRONY BANK                           TSAROUHIS LAW GROUP
ATTN BANKRUPTCY DEPARTMENT           CO OF PRA RECEIVABLES MANAGEMENT LLC     21 SOUTH 9TH STREETSUITE 200
PO BOX 530912                        PO BOX 41021                             ALLENTOWN PA 18102-4861
ATLANTA GA 30353-0912                NORFOLK VA 23541-1021




UNITED COLLECTION BUREAU INC         VERIZON                                  VERIZON WIRELESS BANKRUPTCY ADMIN
5620 SOUTHWYCK BOULEVARDSUITE 206    BY AMERICAN INFOSOURCE AS AGENT          500 TECHNOLOGY DRIVESUITE 500
TOLEDO OH 43614-1501                 PO BOX 4457                              WELDON SPRINGS MO 63304-2225
                                     HOUSTON TX 77210-4457




WALMART MASTERCARDSYNCHRONY BANK     WESBANCO BANK                            WEST PENN POWER
ATTN BANKRUPTCY DEPT                 BANKRUPTCY DEPARTMENT                    1310 FAIRMONT AVENUE
PO BOX 965060                        ONE BANK PLAZA                           FAIRMONT WV 26554-3526
ORLANDO FL 32896-5060                WHEELING WV 26003-3565




WEST PENN POWER                      EXCLUDE                                  EXCLUDE
5001 NASA BLVD                       DANIEL R WHITE                           RONDA J WINNECOUR
FAIRMONT WV 26554-8248               ZEBLEY MEHALOV  WHITE PC                 SUITE 3250 USX TOWER
                                     18 MILL STREET SQUARE                    600 GRANT STREET
                                     PO BOX 2123                              PITTSBURGH PA 15219-2702
                                     UNIONTOWN PA 15401-1723




YAMAHASYNCHRONY BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 965064
ORLANDO FL 32896-5064
```

ADDRESSES WITH AN EMAIL ADDRESS WERE SERVED VIA 06/11/21 SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

cmecf@chapter13trusteewdpa.com

(Creditor)
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

claims@recoverycorp.com

(Creditor)
PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101-5570


Karina Velter
Manley Deas Kochalski, LLC
P.O. Box 165028
Columbus, OH 43216

amps@manleydeas.com

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com


(Creditor)
PNC BANK NATIONAL ASSOCIATION
represented by:
Stephen Russell Franks
Manley Deas Kochalski LLC
PO Box 165028
Columbus, OH 43216-5028

amps@manleydeas.com

(U.S. Trustee)
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

ustpregion03.pi.ecf@usdoj.gov

(Debtor)
Kenneth E. McKeel
228 Dewitt Avenue
Connellsville, PA 15425
represented by:
Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401 U.S.A.

dwhite@zeblaw.com