# Notice Recipients

District/Off: 0315−2            User: auto            Date Created: 9/6/2022
Case: 19−20673−JAD            Form ID: 309a            Total: 44

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          PNC BANK NATIONAL ASSOCIATION

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee         ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour         cmecf@chapter13trusteewdpa.com
aty         Brian Nicholas         bnicholas@kmllawgroup.com
aty         Daniel R. White         dwhite@zeblaw.com
aty         Stephen Russell Franks         amps@manleydeas.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Kenneth E. McKeel         228 Dewitt Avenue         Connellsville, PA 15425
cr          PRA Receivables Management, LLC         PO Box 41021         Norfolk, VA 23541
cr          PNC Bank, N.A.         P.O. Box 94982         Cleveland, OH 44101−5570
15025646    13/7, LLC         PO BOX 1931         Burlingame, CA 94011
14999121    Cavalry Portfolio Services         P.O. Box 27288         Tempe, AZ 85285−7288
15021698    Cavalry SPV I, LLC         500 Summit Lake Drive, Ste 400         Valhalla, NY 10595
14999122    Credit One Bank         P.O. Box 98873         Las Vegas, NV 89193−8873
14999123    Fayette County Tax Claim Bureau         Fayette County Courthouse         61 East Main Street         Uniontown, PA 15401−3536
14999126    KML Law Group         Suite 5000−−BNY Mellon Independence Ctr.         701 Market Street         Philadelphia, PA 19106
14999125    Kay Jewelers         Genesis FS Card Services         P.O. Box 4485         Beaverton, OR 97076−4485
14999128    LVNV Funding, LLC         P.O. Box 1269         Greenville, SC 29602
15002446    LVNV Funding, LLC         Resurgent Capital Services         PO Box 10587         Greenville, SC 29603−0587
14999127    Lendmark Financial Services         55 Sugar Run Road−−Suite 109         Waynesburg, PA 15370
15009321    MERRICK BANK         Resurgent Capital Services         PO Box 10368         Greenville, SC 29603−0368
14999129    Mariner Finance         5142 State Route 30−−Suite 102         Greensburg, PA 15601
15057269    Mariner Finance, LLC         8211 Town Center Dr.         Nottingham, MD 21236
14999130    Merrick Bank         P.O. Box 9201         Old Bethpage, NY 11804−9001
14999131    Midland Funding         2365 Northside Drive−−Suite 300         San Diego, CA 92108
15025422    Midland Funding LLC         PO Box 2011         Warren, MI 48090
14999132    Old Navy/Synchrony Bank         Attn: Bankruptcy Department         P.O. Box 965003         Orlando, FL 32896−5003
14999133    PNC Bank         P.O. Box 1820         Dayton, OH 45401−1820
15047253    PNC Bank, N.A.         P.O. Box 94982         Cleveland OH 44101
15047255    PNC Bank, N.A.         P.O. Box 94982         Cleveland, OH 44101
15044960    Portfolio Recovery Associates, LLC         POB 12914         Norfolk VA 23541
14999134    Sam's Club/Synchrony Bank         Attention: Bankruptcy Department         P.O. Box 965060         Orlando, FL 32896−5060
14999135    Sears Mastercard         P.O. Box 6282         Sioux Falls, SD 57117−6282
14999124    Sheryl R. Heid, Esq.         4 North Beeson Boulevard         Uniontown, PA 15401
15045559    Synchrony Bank         Attn: Bankruptcy Department         PO Box 530912         Atlanta, GA 30353−0912
15000666    Synchrony Bank         c/o of PRA Receivables Management, LLC         PO Box 41021         Norfolk, VA 23541
14999136    Tsarouhis Law Group         21 South 9th Street−−Suite 200         Allentown, PA 18102
14999137    United Collection Bureau, Inc.         5620 Southwyck Boulevard−−Suite 206         Toledo, OH 43614
15041021    Verizon         by American InfoSource as agent         PO Box 4457         Houston, TX 77210−4457
14999138    Verizon Wireless Bankruptcy Admin.         500 Technology Drive−−Suite 500         Weldon Springs, MO 63304
14999139    Walmart MasterCard/Synchrony Bank         Attn: Bankruptcy Dept.         P.O. Box 965060         Orlando, FL 32896−5060
14999140    WesBanco Bank         Bankruptcy Department         One Bank Plaza         Wheeling, WV 26003−3565
14999141    West Penn Power         1310 Fairmont Avenue         Fairmont, WV 26554−1392
15014555    West Penn Power         5001 NASA Blvd         Fairmont WV 26554
14999142    Yamaha/Synchrony Bank         Attn: Bankruptcy Department         P.O. Box 965064         Orlando, FL 32896−5064

TOTAL: 38