# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>KENNETH E. MCKEEL<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-20673 JAD<br><br>Document No.: |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/25/2019 and confirmed on 03/29/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 32,582.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,582.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,814.76 | |
|     Trustee Fee | 1,574.04 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,388.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 0.00 | 8,156.10 | 0.00 | 8,156.10 |
|     Acct: 1912 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0365 | | | | |
|   PNC BANK NA | 2,062.07 | 0.00 | 0.00 | 0.00 |
|     Acct: 1912 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 5,581.04 | 0.00 | 0.00 | 0.00 |
|     Acct: 0038 | | | | |
|   WESBANCO BANK INC(*) | 3,137.67 | 2,566.59 | 265.67 | 2,832.26 |
|     Acct: 3917 | | | | |
|   SYNCHRONY BANK | 7,315.00 | 3,932.80 | 865.96 | 4,798.76 |
|     Acct: 3696 | | | | |
|   ADDED CREDITOR  FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PNC BANK NA | 39,471.00 | 10,264.44 | 2,141.64 | 12,406.08 |
|     Acct: 0365 | | | | |
| | | | | 28,193.20 |

Priority

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH E. MCKEEL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 2,814.76 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| LVNV FUNDING LLC | 1,888.34 | 0.00 | 0.00 | 0.00 |
| Acct: 5825 | | | | |
| KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4269 | | | | |
| 13.7 LLC | 5,136.11 | 0.00 | 0.00 | 0.00 |
| Acct: 0740 | | | | |
| MARINER FINANCE | 3,235.85 | 0.00 | 0.00 | 0.00 |
| Acct: 3567 | | | | |
| MERRICK BANK | 2,731.37 | 0.00 | 0.00 | 0.00 |
| Acct: 2335 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 1,283.41 | 0.00 | 0.00 | 0.00 |
| Acct: 1194 | | | | |
| MIDLAND FUNDING LLC | 1,858.74 | 0.00 | 0.00 | 0.00 |
| Acct: 8328 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 4,546.11 | 0.00 | 0.00 | 0.00 |
| Acct: 2809 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 942.32 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| LVNV FUNDING LLC | 1,629.35 | 0.00 | 0.00 | 0.00 |
| Acct: 5537 | | | | |
| WEST PENN POWER* | 2,311.50 | 0.00 | 0.00 | 0.00 |
| Acct: 9117 | | | | |
| LVNV FUNDING LLC | 8,179.79 | 0.00 | 0.00 | 0.00 |
| Acct: 5433 | | | | |
| SYNCHRONY BANK | 1,547.32 | 0.00 | 0.00 | 0.00 |
| Acct: 3696 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3696 | | | | |
| SHERYL HEID | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEPHEN R FRANKS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADDED CREDITOR  FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TSAROUSHIS LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

Case 19-20673-JAD    Doc 73    Filed 10/05/22    Entered 10/05/22 15:09:24    Desc Main
Document    Page 3 of 3

| 19-20673 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|    UNITED COLLECTION BUREAU INC | | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 28,193.20 |
|---|---|---|

TOTAL CLAIMED
PRIORITY             0.00
SECURED         57,566.78
UNSECURED       35.290.21

Date: 10/05/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com